**Order entered February 3, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00008-CV

## TIFFANNY JONES, M.D. AND TJONESIVFMD, PLLC, Appellants

## V.

## FRISCO FERTILITY CENTER, PLLC, D/B/A DALLAS IVF, Appellee

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02739-2020**

### ORDER
Before Justices Schenck, Nowell, and Garcia

Before the Court is appellee's February 2, 2021 "Emergency Rule 29.3 Motion to Enforce Temporary Injunction and For Contempt of Temporary Injunction Against Appellants." We request a response, if any, from appellants by **February 10, 2021**.

/s/    DAVID J. SCHENCK
       JUSTICE